FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 DEC 22 AM 9:07
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILMA JENKINS and JAMES JENKINS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> FILE NO. 6:14-cv-00125 |

## CONSENT ORDER TO ADD PROPER PARTY, DISMISS IMPROPER PARTY AND TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiff and Defendant, having jointly moved the Court for an order to add proper party Defendant WAL-MART STORES EAST, LP and dismiss WAL-MART STORES, INC., and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted, it is hereby ORDERED that WAL-MART STORES EAST, LP is added as proper party Defendant and WAL-MART STORES, INC., is dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: WILMA JENKINS and JAMES JENKINS, Plaintiffs v. WAL-MART STORES EAST, LP, Defendants. It is further ordered WAL-MART STORES EAST, LP shall be substituted each and every place WAL-MART STORES, INC. is named in Plaintiff's pleadings as if WAL-MART STORES, INC. had never been named.

(signature on following page)

**IT IS SO ORDERED** this 22nd day of December, 2014.

Magistrate Judge, United States District Court, Statesboro Division