IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILMA JENKINS and
JAMES JENKINS,

    Plaintiffs,

v.                       CV 614-125

WAL-MART STORES,
EAST, L.P.,

    Defendant.

**O R D E R**

Presently pending before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 19.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia this 15th day of September, 2015.

                            HONORABLE J. RANDAL HALL
                            UNITED STATES DISTRICT JUDGE
                            SOUTHERN DISTRICT OF GEORGIA